

# NUMBER 13-22-00437-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ROBERT CORDER,                                                                Appellant,

v.

OVATION SERVICES, LLC,                                               Appellee.

### On appeal from the 214th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Silva
Memorandum Opinion by Justice Longoria**

On September 29, 2022, appellant filed an amended notice of appeal. On October 6, 2022, and on November 9, 2022, the Clerk of the Court notified appellant that his amended notice of appeal was not in compliance with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.1(b). Appellant was also advised in both notices, if the

defects were not corrected within ten days from the date of the notice, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

Furthermore, on November 1, 2022, the Clerk of the Court notified appellant that the clerk's record in the above cause was due on October 31, 2022, and that the district clerk, Ms. Angela Garcia, had notified the Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this failure so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b), (c). Appellant was advised that, if arrangements to pay for the clerk's record and proof of payment were not made and filed within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to correct the defects in his amended notice of appeal and has otherwise not responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed on the
2nd day of February, 2023.

2